# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **MARVIN MOORE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO. 09-cv-845-DRH** |
| | ) | |
| **MIKAL MILTON, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

On December 4, 2009, the Court ordered Plaintiff to pay the $350 filing fee for this action within thirty days or, in the alternative, to file a motion for leave to proceed *in forma pauperis*. Following Plaintiff's failure to comply with that order in the time allotted,

**IT IS HEREBY ORDERED AND ADJUDGED** this action is **DISMISSED without prejudice** for failure to comply with an order of this Court.  FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).  The Clerk is **DIRECTED** to **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

**DATED:  March 4, 2010.**

/s/    DavidRHerndon
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**